# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 11, 2007

132707

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MARK STEVENS SCOTT,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132707
COA: 273879
Oakland CC: 2005-205341-FC

On order of the Court, the application for leave to appeal the November 28, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 11, 2007

s0404

_____
Clerk